# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **NATHANIEL PAYTON #567251** | **DOCKET NO. 23-CV-945 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **JAMES LEBLANC ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 48), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment (Doc. 42) is **GRANTED,** and this civil action is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, this 13th day of August, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**