**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

NATHANIEL PAYTON #567251          CIVIL ACTION NO. 23-945 SEC P

VERSUS                           JUDGE EDWARDS

JAMES LEBLANC ET AL              MAG. JUDGE PEREZ-MONTES

**J U D G M E N T**

Before the Court is an Objection (ECF No. 50) to the Magistrate Judge's Report and Recommendation (ECF No. 48), filed by the plaintiff, Nathanial Payton ("Payton"). There is also a Motion for Reconsideration (ECF No. 51) asking the Court to consider that Objection as timely under *Houston v. Lack,* 487 U.S. 266, 270–76 (1988). Accordingly, **IT IS ORDERED** that the Motion is **GRANTED** and the Judgment (ECF No. 49) previously entered by this Court is hereby **VACATED**.

Having reconsidered the Report and Recommendations of the Magistrate Judge (ECF No. 48), together with Payton's objections (ECF No. 50) and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Payton's claims are hereby **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** this 31st day of October, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**